| AO 10<br>Rev. 1/2010 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2009** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name. first, middle initial)<br><br>Martini, William J. | 2. Court or Organization<br><br>District Court - New Jersey | 3. Date of Report<br><br>05/14/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>50 Walnut Street<br>PO Box 419<br>Newark, NJ 07101-0419 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Trustee | Nicholas Martini Foundation |
| 2.   Trustee | John Cabot University |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2010 MAY 17 A 9: 55 RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J. | 05/14/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2009 | NICHOLAS MARTINI FUNDATION, TRUSTEE | $22,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J. | 05/14/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X " after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporing period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. BROKERAGE ACCOUNT#2 | | | | | | | | | |
| 2. FEDERATED KAUFMANN FUND-K | A | Dividend | K | T | | | | | |
| 3. BROKERAGE ACCOUNT#6(3432) | | | | | | | | | |
| 4. ISHARES TR RUSSELL 2000 GROWTH (648) | A | Dividend | | | Sold | 12/02/09 | K | C | |
| 5. ISHARES TR RUSSELL 2000 VALUE (63●) | A | Dividend | | | Sold | 12/02/09 | K | C | |
| 6. ISHARES TR RUSSELL 1000 VALUE | A | Dividend | | | Sold | 12/02/09 | L | | |
| 7. ISHARES TR RUSSELL 1000 GROWTH | A | Dividend | | | Sold | 12/02/09 | K | | |
| 8. ISHARES TR MSCI EAFE FD | B | Dividend | L | T | Buy (add'l) | 12/02/09 | K | | |
| 9. POWERSHS EXCH TRAD FD TR (PRFZ) (567) | A | Dividend | K | T | Buy (add'l) | 12/02/09 | K | | |
| 10. POWERSHS EXCH TRADE FD TR (PRF) (583) | A | Dividend | L | T | Buy (add'l) | 12/02/09 | K | | |
| 11. PIMCO ALL ASSET (182) | B | Dividend | K | T | Buy | 12/03/09 | K | | |
| 12. Charles Schwab - CASH and Money Market | A | Int./Div. | J | T | | | | | |
| 13. VALLEY NATIONAL BANK | A | Interest | J | T | Buy (add'l) | 04/07/09 | J | | |
| 14. | | | | | Buy (add'l) | 06/16/09 | J | | |
| 15. | | | | | Buy (add'l) | 09/01/09 | J | | |
| 16. | | | | | Buy (add'l) | 10/22/09 | J | | |
| 17. | | | | | Buy (add'l) | 12/15/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. VARIABLE LIFE #1 | | None | K | T | | | | | |
| 19. EQUITABLE - SEP | | None | K | T | | | | | |
| 20. IRA#3(3836) | | | | | | | | | |
| 21. Charles Schwab - ADV CASH RESRV PREM | A | Int./Div. | K | T | | | | | |
| 22. DUKE ENERGY 6.3% 2/1/14 | A | Interest | K | T | Buy | 02/02/09 | K | | |
| 23. GOLDMAN SACHS 4.75% 7/15/13 | A | Interest | K | T | Buy | 02/06/09 | J | | |
| 24. BANK OF AMER 7.4% 1/15/11 | A | Interest | K | T | Buy | 05/07/09 | K | | |
| 25. US TREASURY NOTE 5.125% 5/15/16 | A | Interest | K | T | | | | | |
| 26. FED HM LN MTG 5.375%1/9/14 | A | Interest | | | Redeemed | 01/09/09 | K | | |
| 27. AT & T BROADBAND 8.375% 3/15/13 | C | Int./Div. | K | T | | | | | |
| 28. CISCO SYSTEMS 5.25% 02/22/11 | A | Interest | J | T | | | | | |
| 29. APACHE CORP 5.625% 1/15/17 | B | Interest | K | T | | | | | |
| 30. INTL LEASE FINANCE 5% 4/15/10 | B | Int./Div. | | | Sold (part) | 10/22/09 | K | | |
| 31. | | | | | Sold | 12/29/09 | K | | |
| 32. US TREAS NT 4.25% 8/15/14 | | None | K | T | Buy | 10/23/09 | K | | |
| 33. MORGAN STANLEY 4.75% 04/01/14 | A | Int./Div. | K | T | | | | | |
| 34. SBC COMMUNICATIONS 4.125% 9/15/09 | A | Int./Div. | | | Redeemed | 09/15/09 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. JPMORGAN CHASE 3.7% 1/20/15 | | None | J | T | Buy | 09/15/09 | J | | |
| 36. | | | | | Buy | 09/16/09 | J | | |
| 37. AMERICAN EXP CR 7.3% 8/20/13 | | None | K | T | Buy | 09/24/09 | K | | |
| 38. BB AND T 3.85% 7/27/12 | | None | J | T | Buy | 09/24/09 | J | | |
| 39. TIME WARNER 5.875% DUE 11/15/16 | A | Interest | K | T | | | | | |
| 40. TIME WARNER 6.2% DUE 7/1/13 | A | Interest | J | T | | | | | |
| 41. WACHOVIA CORP 5.75% 6/15/17 | B | Int./Div. | K | T | | | | | |
| 42. FHLMC G0-8200 6% 5/1/37 | B | Int./Div. | K | T | | | | | |
| 43. FHLMC G1-2228 5.5% 7/1/21 | B | Int./Div. | K | T | | | | | |
| 44. FNMA PL#254048 6.5% 11/01/16 | A | Interest | J | T | | | | | |
| 45. FNMA PL938721 5.5% DUE 05/01/22 | B | Interest | K | T | | | | | |
| 46. IRA#6 (4367) | | | | | | | | | |
| 47. CHARLES SCHWAB-SCH ADV CASH RESRV PREM | A | Interest | J | T | Buy (add'l) | 12/02/09 | L | | |
| 48. | | | | | Distributed (part) | 12/03/09 | M | | |
| 49. LOOMIS SAYLES BOND CL 1 | D | Dividend | M | T | Sold (part) | 12/02/09 | K | | |
| 50. PIMCO REAL RETURN FUND INSTITUTIONAL CLASS | B | Dividend | | | Sold | 12/02/09 | L | A | |
| 51. TEMPLETON GLOBAL BOND FUND ADV CL:TGBAX | C | Dividend | L | T | Sold (part) | 12/02/09 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. IRA#7 (2679) | | | | | | | | | |
| 53. SCHWAB MONEY MARKET FUND | A | Interest | J | T | Buy (add'l) | 12/03/09 | M | | |
| 54. | | | | | Sold (part) | 12/03/09 | M | | |
| 55. PIMCO COMMODITY REAL RETURN STRATEGY FUND | B | Int./Div. | K | T | | | | | |
| 56. | A | Distribution | | | | | | | |
| 57. DIAMOND HILL LONG SHORT FUND | | None | K | T | | | | | |
| 58. KEELY SMALL CAP VALUE FUND CL I | | None | | | Sold | 12/02/09 | K | | |
| 59. THIRD AVE REAL ESTATE VALUE FUND | A | Int./Div. | K | T | Sold (part) | 12/02/09 | J | | |
| 60. JP MORGAN STRAT INCM | A | Dividend | L | T | Buy | 12/02/09 | L | | |
| 61. | A | Distribution | | | | | | | |
| 62. RYDEX SGI MGD FUTURES | | None | K | T | Buy | 12/02/09 | K | | |
| 63. TFS MARKET NEUTRAL FUND | A | Distribution | K | T | Buy | 12/02/09 | K | | |
| 64. CHARLES SCHWAB- CASH(2951) | A | Interest | J | T | Distributed (part) | 04/07/09 | J | | |
| 65. | | | | | Distributed (part) | 06/16/09 | J | | |
| 66. | | | | | Distributed (part) | 09/01/09 | J | | |
| 67. | | | | | Distributed (part) | 10/22/09 | J | | |
| 68. | | | | | Distributed (part) | 12/15/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J. | 05/14/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J. | 05/14/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

## FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544